UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

CASE NO. 8:22-cr-296-WFJ-NHA

v.

STEPHEN SHERLOCK
_____/

### AMENDED SENTENCING MEMORANDUM (ADDITIONAL MEDICAL INFORMATION, SPECIFIC REQUEST FOR PLACEMENT)

COMES NOW the Defendant, STEPHEN SHERLOCK, by and through undersigned counsel, and files Defendant's *Amended Sentencing Memorandum (Additional Medical Information, Specific Request for Placement)*, and briefly states:

As reflected in the underlying original sentencing memorandum filed on behalf of Stephen Sherlock ("Mr. Sherlock") (Doc. 76),[1] the defendant is someone who became overwhelmed by his drug addiction—he is also someone who has expressed sincere remorse for his conduct. Although awaiting a sentencing-related filing by the United States that will not occur until *post*-sentencing at the earliest, today Mr. Sherlock desires to move forward with his life—whatever tragically remains of it. Medical records acquired this past week regarding Mr. Sherlock's recent visits with oncologist Vivan Griffin, M.D. (Florida Cancer

---

[1] The original sentencing memorandum (Doc. 76) is, of course, adopted herein and is only supplemented by the instant filing.

1

Specialists & Research Institute) and urologist Matthew Sorensen, M.D. (Advanced Urology Institute), show that Mr. Sherlock's in-custody diagnosis of prostate adenocarcinoma earlier in the year has progressed to an "unfavorable intermediate" stage with a *Gleason* score indicative of a life expectancy of 5-10 years. As noted, Mr. Sherlock, who anticipates a post-sentencing filing by the United States (which is based upon matters that have been the subject of various *ex parte* filings (*e.g.*, Doc. 90)), makes the instant amended filing to so that His Honor is aware of the defendant's current medical condition, and to also specifically request placement at FMC-Butner for medical attention in relation to the unfavorable/intermediate prostate adenocarcinoma diagnosis.[2] With the foregoing in mind, the now-60 year old Mr. Sherlock will also be asking His Honor if he allow Mr. Sherlock to give a "hug" (goodbye) to his ailing 84-year old mother who will be in attendance at the sentencing hearing.[3]

      Respectfully submitted this 14th day of November, 2024.

---

[2] Noting the uncertainty of whether the Pinellas County Jail (the current law enforcement housing entity for the in-custody Mr. Sherlock) has provided updated medical records to U.S. Probation, the referenced medical records are being forwarded to U.S. Probation Officer Daia Jung under separate cover—for purposes of inclusion in any revised/updated presentence investigation report to be shared with the Federal Bureau of Prisons ("BOP"); contemporaneously these same documents are being provided to both AUSA Samantha E. Beckman (who is aware of Mr. Sherlock's diagnosis) and to this Honorable Court (*ex parte*, in light of the confidential nature of the contents within the records).

[3] The undersigned will also reach out this morning to the Office of the U.S. Marshal to inform them that the undersigned will be making this "hug" request with His Honor.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 14th day of November, 2024 a true and correct copy of the foregoing was provided via CM/ECF to:

**AUSA Samantha E. Beckman**

    **IRVIN LAW FIRM**

    */s/Grady C. Irvin, Jr.*
    _____
    Grady C. Irvin, Jr.
    FBN: 6548
    P.O. Box 4587
    Plant City, Florida  33563
    Telephone: 813.659.2000
    grady@irvinattorneys.com