**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| | | | |
|---|---|---|---|
| **CASE NO.:** 8:22-cr-296-WFJ-NHA | **DATE:** | **January 9, 2024** | |
| **HONORABLE WILLIAM F. JUNG** | | | |
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**STEPHEN SHERLOCK** | **GOVERNMENT COUNSEL**<br>Candace Rich for Samantha Beckman, AUSA<br><br>**DEFENSE COUNSEL**<br>Grady C. Irvin, Jr., CJA | | |
| **COURT REPORTER:** Tracey Aurelio | **DEPUTY CLERK:** | Javaris Gooding-Butts | |
| **TIME:** 1:05 PM - 1:20 PM<br>**TOTAL:** 15 Minutes | **COURTROOM:** | 15B | |
| | **PROBATION:** | Daia Jung | |

**PROCEEDINGS:** CRIMINAL MINUTES – SENTENCING

Court in session.

Counsel identified for the record.

The Court addressed the PSR with the parties. No Objections.

The Government addressed the Court.

Counsel for the Defendant addressed the Court.

The Defendant addressed the Court.

Defendant is adjudged guilty on Counts Two and Three of the Indictment.

Imprisonment: **ONE HUNDRED FIFTY-SEVEN (157) MONTHS**. This term consists of a 97-month term as to Count 2; and a 60-month term as to Count 3. Count 3 is to run consecutively to Count 2.

The Court makes the following recommendations to the Bureau of Prisons:

- Defendant be incarcerated at FMC Butner.
- Defendant be considered for the 500 Hour Residential Drug Abuse Program (RDAP), if eligible.

Supervised Release: **FIVE (5) YEAR**. This term consists of a 4-year term as to Count 2 and a 5-year term as to Count 3, all such terms to run concurrently.

Fine is waived.

Special Assessment: **$200.00** to be paid immediately.

Special conditions of supervised release:

- Defendant shall participate as directed in a program approved by the probation officer for treatment of **narcotic addiction or drug or alcohol dependency** which may include testing for the detection of substance use or abuse. Further, the defendant shall be required to contribute to the costs of services for such treatment not to exceed an amount determined reasonable by the probation officer based on ability to pay or availability or third-party payment and in conformance with the probation office's sliding scale for substance abuse treatment services.

- The Defendant shall submit to a search of their person, residence, place of business, any storage units under your control, computer, or vehicle, conducted by the United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release. The Defendant shall inform any other residents that the premises may be subject to a search pursuant to this condition. Failure to submit to a search may be grounds for revocation.

The Defendant must refrain from any unlawful use of a controlled substance. The Defendant must submit to one drug test within 15 days of placement on supervision and at least two periodic drug tests thereafter as directed by the probation officer. The Defendant must submit to random drug testing not to exceed 104 tests per year.

Defendant is to cooperate in the collection of DNA as instructed by the Probation Officer.

Defendant is remanded to the custody of the U.S. Marshal.

Count One was dismissed in accordance with the Plea Agreement.

Defendant advised of right to appeal and to counsel on appeal.

Stephen Sherlock’s motion (Doc. 76) for downward departure is DENIED.

Forfeiture ordered by the Court. Forfeiture order entered on January 9, 2024 is made a part of the Judgment.

GUIDELINE RANGE DETERMINED BY THE COURT AT SENTENCING

| | |
|---|---|
| Total Offense Level | 32 |
| Criminal History Category: | I |
| Imprisonment Range | 121 months-151 months imprisonment (Count 2)<br>5 years imprisonment (Count 3), consecutive to all other Counts |
| Supervised Release Range | 4-5 years (Count 2) and Up to 5 years (Count 3) supervised release |
| | |

| | |
|---|---|
| Restitution: | N/A |
| Fine Range | $35,000.00 - $5,000,000.00 |
| Special Assessment | $200.00 |