UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                        Case No. 8:22-cr-296-WFJ-NHA

STEPHEN SHERLOCK

## FINAL ORDER OF FORFEITURE

The United States moves under 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2), Federal Rules of Criminal Procedure, for entry of a final order of forfeiture for a Maverick Arms (Mossberg) Shotgun, Model 88, 12 gauge (SN: MV10165V), approximately 10 rounds of ammunition, and approximately $2,300 in U.S. currency seized on or about March 4, 2020. A February 13, 2024, preliminary order forfeits to the United States of America the defendant's interest in the assets. (Doc. 84).

In accord with 21 U.S.C. § 853(n) and Rule 32.2(b)(6), Federal Rules of Criminal Procedure, from February 14, 2024 and continuing through March 14, 2024, the United States published at www.forfeiture.gov notice of the forfeiture and of its intent to dispose of the assets. Doc. 85. The publication gave notice to all third parties with a legal interest in the assets to file with the Office of the Clerk—United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602—a petition to adjudicate their interests within 60 days of the first date of publication.

Other than the defendant, whose interest was previously forfeited to the United States, no person or entity filed a petition or claimed an interest in the assets, and the time for filing a petition has expired.

Accordingly, the United States' motion is GRANTED. Under 21 U.S.C. § 853(n)(7), and Rule 32.2(c)(2), Federal Rules of Criminal Procedure, all right, title, and interest in the assets are CONDEMNED and FORFEITED to the United States of America for disposition.

Clear title to the assets now vests in the United States of America.

ORDERED in Tampa, Florida, on 11/15/24.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE